IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 3:23 CR 9 |
| | ) | JUDGE HELMICK |
| v. | ) CASE NO. | MAG JUDGE CLAY |
| | ) | Title 18, United States Code, |
| MARVIN D. WRIGHT, | ) | Sections 922(g)(1), 922(g)(9), |
| | ) | 924(a)(8), |
| Defendant. | ) | |
| | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about September 2, 2022, in the Northern District of Ohio, Western Division, Defendant MARVIN D. WRIGHT, knowing he had previously been convicted of crimes, punishable by imprisonment for a term exceeding one year, those being: Carrying Concealed Weapons, on or about July 31, 2007, in Case Number CR0200701646, Lucas County Common Pleas Court; Domestic Violence, on or about July 17, 2018, in Case Number CR0201801514, Lucas County Common Pleas Court; and Attempted Shooting into a Habitation, on or about May 20, 2021, in Case Number CR0202001892, Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model G3 pistol, Serial Number ACE964303, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2
(Possession of a Firearm After Conviction for a Misdemeanor Crime of Domestic Violence, 18 U.S.C. §§ 922(g)(9) and 924(a)(8))

The Grand Jury further charges:

2. On or about September 2, 2022, in the Northern District of Ohio, Western Division, Defendant MARVIN D. WRIGHT, knowing he had previously been convicted of a misdemeanor crime of domestic violence crime, that being: Domestic Violence, on or about January 1, 2013, in Case Number CRB-12-01826, Toledo Municipal Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus, Model G3, Serial Number ACE964303, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(9) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

3. The allegation of Counts 1 and 2 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant MARVIN D. WRIGHT shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: Taurus, Model G3 pistol, bearing Serial Number ACE964303.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.